No. A–385. Long Visitor et al. *v.* United States. C. A. 8th Cir. Application for bail pending timely filing of petition for writ of certiorari, presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. A–392 (75–322). Vernell *v.* United States. C. A. 5th Cir. Application for bail, presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. A–395. Lak Man Tom *v.* Immigration and Naturalization Service. C. A. 9th Cir. Motion to vacate stay of deportation heretofore entered by Mr. Justice Douglas on October 30, 1975, granted.

No. A–432. Hamling et al. *v.* United States. Application for stay of mandate of the United States Court of Appeals for the Ninth Circuit, presented to Mr. Justice Brennan, and by him referred to the Court, denied.

No. 75–110. Sakraida *v.* Ag Pro, Inc. C. A. 5th Cir. [Certiorari granted, *ante,* p. 891.] Motion of respondent to limit grant of certiorari denied.